# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JONES, (a.k.a. GORDON CHEATHAM),<br><br>        Petitioner,<br><br>    v.<br><br>RANDY GROUNDS,<br><br>        Respondent. | No. CV 11-6969-JAK(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No written Objections to the Report and Recommendation have been filed.[1] The Court accepts the findings and recommendations of the Magistrate Judge.

---

[1] The Report and Recommendation (docket no. 39) and Notice of Filing (docket no. 38) sent to Petitioner's address of record were returned in the mail as undeliverable (docket nos. 40-41). Petitioner has not notified the court of a new address, and the court has no means by which to obtain a new address for Petitioner (who has been released from custody).

1  **IT IS THEREFORE ORDERED** that judgment be entered dismissing this
2  action with prejudice.

4  DATED: 10/28/14

  JOHN A. KRONSTADT
  United States District Judge

2