1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  WILLIAM JONES,                )    No. CV 11-6969-JAK(CW)
    (a.k.a. GORDON CHEATHAM),     )
13                                )    JUDGMENT
                    Petitioner,   )
14                                )
              v.                  )
15                                )
    RANDY GROUNDS,                )
16                                )
                    Respondent.   )
17  _____)

18

19      **IT IS ADJUDGED** that the petition for writ of habeas corpus is

20  denied and the action dismissed with prejudice.

21

22  DATED: 10/28/14

23                    _____
                            JOHN A. KRONSTADT
24                      United States District Judge

25

26

27

28